CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
180 Montgomery Street
Suite 2350
San Francisco, CA 94104
Telephone: 415-362-6252
Facsimile: 415-362-6431

Attorney for Defendant RENATO SATORRE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 11-0405 CRB |
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER RETURNING PASSPORT |
| RENATO SATORRE, | ) |
| Defendant. | ) |

Because this matter has been concluded and the defendant has surrendered to serve his sentence, it is hereby stipulated between the plaintiff, through its counsel, Assistant United States Attorney Kyle Waldinger, and defendant, through his counsel, Christopher Cannon, that the Clerk may return defendant Renato Satorre's passport to his counsel, Christopher Cannon.

//

//

STIP. & [PROPOSED] ORDER RETURNING PASSPORT        1
CR 11-0405 CRB

SO STIPULATED.

DATED: January 16, 2013         _____/s/_____

CHRISTOPHER CANNON
Attorney for defendant
RENATO SATORRE

DATED: January 16, 2013         MELINDA HAAG
United States Attorney

_____/s/_____

KYLE F. WALDINGER
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:

Honorable Maria-Elena James
United States Magistrate Judge